UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MYCAL L. ASHBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:16-cv-00190-RLY-MPB |
| | ) |
| WARRICK COUNTY SCHOOL CORP., | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendant's Cross-Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment. The court now enters final judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 7th day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1